**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jason Everett Hanks, Jr., <br><br>          Plaintiff, <br><br> v. <br><br> Minnesota Department of Corrections; Matt Johnson, Correctional Officer at Oak Park Heights, Sued in Individual and Official Capacity; Zach Nuehring, Correctional Officer at Oak Park Heights, Sued in Individual and Official Capacity; John Ricci, Correctional Officer at Oak Park Heights, Sued in Individual and Official Capacity; and Jeff White, Lieutenant, O.P.H. Correctional Staff, Sued in Individual and Official Capacity, <br><br>          Defendants. | Case No. 18-cv-2142 (NEB/HB) <br><br><br> **REPORT AND RECOMMENDATION** |

On August 3, 2018, this Court ordered Plaintiff Jason Everett Hanks, Jr., a Minnesota state prisoner, to pay an initial partial filing fee of $16.79, in accordance with 28 U.S.C. § 1915(b). (Order at 3 [Doc. No. 3].) The Court warned Hanks that if he did not pay the initial partial filing fee, the Court would recommend that the action be dismissed without prejudice for failure to prosecute. (*Id.* at 4.) Hanks requested and received an extension to pay the initial partial filing fee, and the Court allowed Hanks twenty days from September 11, 2018 (the date of the order extending the deadline) in which to do so. (Order at 1-2 [Doc. No. 6].)

That extended deadline has now passed, and Hanks still has not paid the required initial partial filing fee. In fact, Hanks has not communicated with the Court about this case at all since requesting an extension of the deadline to pay the initial partial filing fee. Accordingly, this Court now recommends, in accordance with its prior orders, that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

Based on the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: October 15, 2018         s/ *Hildy Bowbeer*
                                Hildy Bowbeer
                                United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals. Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).